IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stokes, Betty | Case Number: 08 B 16973 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/02/08 | Filed: 6/30/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: October 16, 2008
Confirmed: September 4, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 250.00 | |
| Secured: | | 200.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 33.75 |
| Trustee Fee: | | 16.25 |
| Other Funds: | | 0.00 |
| Totals: | 250.00 | 250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,491.50 | 33.75 |
| 2. | CIT Group/Consumer Finance Inc | Secured | 0.00 | 0.00 |
| 3. | Green Tree Finance Serv Corp | Secured | 0.00 | 0.00 |
| 4. | National Auto Finance Co | Secured | 5,663.44 | 200.00 |
| 5. | CIT Group/Consumer Finance Inc | Secured | 4,850.40 | 0.00 |
| 6. | Green Tree Finance Serv Corp | Secured | 9,279.56 | 0.00 |
| 7. | Nicor Gas | Unsecured | 182.70 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 74.33 | 0.00 |
| 9. | NCO Financial Systems | Unsecured | 75.40 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 51.85 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 66.02 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 45.25 | 0.00 |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 14. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 15. | Credit Management Co. | Unsecured | | No Claim Filed |
| 16. | AFNI | Unsecured | | No Claim Filed |
| 17. | Debt Credit Service | Unsecured | | No Claim Filed |
| 18. | Allied Interstate | Unsecured | | No Claim Filed |
| 19. | Credit Management Co. | Unsecured | | No Claim Filed |
| 20. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| | | | $ 23,780.45 | $ 233.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 16.25 |
| | $ 16.25 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Stokes, Betty | Case Number:  08 B 16973 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/02/08 | Filed:  6/30/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                           Marilyn O. Marshall, Trustee, by:

